UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KETIA LAFORTUNE,

Plaintiff,

-v-

BRONXWORKS, INC.,

Defendant.

26 Civ. 6000 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 21, 2026, a telephonic initial pretrial conference was scheduled in the above action for December 2, 2026. Dkt. 13. Later that day, this case was referred to mediation. Dkt. 15. The initial pretrial conference is adjourned *sine dire* pending mediation.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 11, 2026
New York, New York